WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED '10 SEP 15 14:02 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SUSAN PATTERSON,**             CV # 09-614-TC

    Plaintiff,

vs.                              ORDER

**COMMISSIONER of Social Security,**

    Defendant.

_____

Attorney fees in the amount of $4,635.00 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 15t day of Sept, 2010.

_____
United States District / Magistrate Judge

Submitted on September 13, 2010 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1